IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THE BANK OF NEW YORK MELLON
FORMERLY KNOWN AS THE BANK
OF NEW YORK ON BEHALF OF CTI
MORTGAGE LOAN TRUST 2007-1,

        ORDER

              Plaintiff,

        16-cv-349-bbc

        v.

JOHN A. GLAVIN; GABRIELLE
GLAVIN; MORTGAGE ELECTRONIC
SYSTEMS, INC. AS NOMINEE FOR
ACCREDITED HOME LENDERS,
INC.; UNIFUNR CCR PARTNERS;
CITIBANK (SOUTH DAKOTA) N.A.;
UNITED STATES OF AMERICA;
WISCONSIN RIVER CO-OP
SERVICES,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This action for foreclosure brought by plaintiff The Bank of New York Mellon

formerly known as The Bank of New York is before the court on two matters: plaintiff's

itemization of its costs for an award of attorney fees, dkt. #11, and defendants John A.

Glavin and Gabrielle Glavin's motion to reconsider.  Dkt. #13.  Although plaintiff moved

for an award of costs in addition to attorney fees, it has not identified any costs that it

believes should be paid by defendants, so I will ignore that request.  It does seek attorney

fees of $713.00 for 3.4 hours of drafting a  motion and a brief and reviewing defendants'

submissions, as well as the court's docket sheet for this case.  That request will be granted.

The hours spent are in line with the work for which plaintiff is seeking fees and the hourly

fee is reasonable.

Defendants John Glavin and Gabrielle Glavin object to the award of any fees on the

ground that the court denied a similar request in a ruling in a previous case involving the

same parties and the same foreclosure action, Bank of New York Mellon v. Glavin, 14-cv-

883-bbc, dkt. #11, and seek reconsideration of their motion to reconsider.  Their objection

comes too late.  In an order entered on September 7, 2016, I granted plaintiff's motion for

fees and costs and left it to plaintiff to submit an itemized statement in support of its

motion.  I am not inclined to reconsider that order.  I continue to believe that it is warranted

in light of the obvious burden to plaintiff of having to litigate defendants' repeated evasive

conduct for the past seven years.  Moreover, the fee submission is modest and well

supported.  Accordingly, plaintiff's request for fees in the amount of $731.00 will be granted.


ORDER

IT IS ORDERED that the fees sought by plaintiff The Bank of New York Mellon

formerly known as The Bank of New York on behalf of CIT Mortgage Loan Trust 2007-1

in the amount of $731.00, dkt. #11, are approved.  FURTHER, IT IS ORDERED that the

motion for reconsideration of the court's decision to award fees filed by defendants Joan A.

Glavin and Gabrielle Glavin, dkt. #13, is DENIED.  The clerk of court is directed to amend

the judgment to include the award of fees.

Entered this 11th day of October, 2016.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge

s