IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE BANK OF NEW YORK ON BEHALF OF CTI MORTGAGE LOAN TRUST 2007-1, | AMENDED JUDGMENT IN A CIVIL CASE |
| Plaintiff, | 16-cv-349-bbc |
| v. | |
| JOHN A. GLAVIN; GABRIELLE GLAVIN; MORTGAGE ELECTRONIC SYSTEMS, INC. AS NOMINEE FOR ACCREDITED HOME LENDERS, INC.; UNIFUND CCR PARTNERS; CITIBANK (SOUTH DAKOTA) N.A.; UNITED STATES OF AMERICA and WISCONSIN RIVER CO-OP SERVICES, | |
| Defendants. | |

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff The Bank of New York Mellon formerly known as The Bank of New York on behalf of CIT Mortgage Loan Trust 2007-1 against defendants John A. Glavin and Gabrielle Glavin awarding attorney fees in the amount of $731.00.

| /s/ | 10/12/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |